UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2024
```

-------------------------------------------------------------------X
:
BONNIE LUJAN,                                                      :
                                                                  :
                                                                  :
                        Plaintiff,                                :         24-cv-3479 (LJL)
            -v-                                                    :
                                                                  :         ORDER
SENSIO COMPANY (US) INC., SENSIO INC., and                        :
GUANGDONG MEIMAN GROUP ZHUHAI MEIMAN                               :
ELECTRICL APPLIANCE CO., LTD                                       :
                                                                  :
                        Defendants.              X
                                                                  
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

        The parties submitted a stipulation and proposed order regarding confidential information

on September 19, 2024.  Dkt. No. 30.  That order did not comply with Rule 2(F) of this Court's

Individual Practices in Civil Cases.

        The parties are directed to refile their proposed order consistent with the Court's

Individual Practices, which are available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.


        SO ORDERED.


Dated: September 19, 2024
       New York, New York          _____
                                          LEWIS J. LIMAN
                                     United States District Judge