```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BONNIE LUJAN,                                                      :
:
:
                           Plaintiff,            :           24-cv-3479 (LJL)
   -v-                                                             :
:                   ORDER
SENSIO COMPANY (US) INC., SENSIO INC., and         :
GUANGDONG MEIMAN GROUP ZHUHAI MEIMAN  :
ELECTRICL APPLIANCE CO., LTD                            :
:
                         Defendants.           X

-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       On May 6, 2025, Plaintiff moved, pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), to compel compliance with a subpoena *duces tecum* issued to nonparty Intertek. Dkt. No. 63. The subpoena was served on Intertek on February 12, 2025, with a return date of February 25, 2025. Dkt. Nos. 63-3, 63-4. Intertek has not responded to the subpoena. Intertek also has not responded to Plaintiff's motion to compel compliance.

       Intertek is ordered to comply with the subpoena by June 17, 2025. Failure to do so may result in contempt sanctions.

       SO ORDERED.

Dated: June 3, 2025
       New York, New York                               _____
                                                                 LEWIS J. LIMAN
                                                            United States District Judge