UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONNIE LUJAN,

                                                        DOCKET NO. 1:24-cv-3479

    Plaintiff,

v.

SENSIO COMPANY (US) INC.,
SENSIO INC. AND GUANGDONG MEIMAN
GROUP ZHUHAIMEIMAN ELECTRICAL
APPLIANCE CO., LTD,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE came on before me upon the Joint Stipulation for Order of Dismissal at Dkt. No. 68, and

Defendant Guangdong Meiman Group Zhuhaimeiman Electrical Applicance Co., Ltd. having previously been dismissed from the action without prejudice, Dkt. No. 69,

it is hereby ORDERED AND ADJUDGED that the above-entitled action be and the same is hereby dismissed with prejudice to the Plaintiff(s), and each party is to bear its own costs.

SO ORDERED at New York, New York, on July 14, 2025.

                                                                          LEWIS J. LIMAN
                                                                         United States District Judge

Copies provided:
Jason Turchin
John J. Zefutie, Jr.